I. Dominic Simeone, Esq. (Atty. ID #006911991)
Lance S. Forbes, Esquire (Atty. ID #021132003)
**SIMEONE & RAYNOR, LLC**
1522 Route 38
Cherry Hill, NJ 08002
dsimeone@srnjlawfirm.com - Email
(856) 663-6700
(856) 663-6701 - Facsimile

**ATTORNEYS FOR VICTORIA MANOR HOMEOWNERS ASSOCIATION**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| **WILLIAM S. HILL** | **CASE N O. 25-20636-ABA** |
| **Debtor** | **CHAPTER 13** |

### NOTICE OF APPEARANCE

### AND DEMAND FOR SERVICE OF PAPERS

Please take notice that I. Dominic Simeone , an attorney with the law firm of Simeone & Raynor, LLC, appearing for creditor, Victoria Manor Homeowners Association, a party in interest (hereinafter referred to as the "Creditor"), and pursuant to Bankruptcy Rules 2002(g), 2002(i) and 9007 of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given and served upon the undersigned at the office, post office address and telephone number set forth above.

Please take further notice that the foregoing demand includes not only the notices and

papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

1. Which affect or seek to affect in any way any of the Creditor's rights or interest with respect to (a) the debtor, (b) property or proceeds thereof in which debtor may claim an interest, (c) property or proceeds thereof in the possession, custody or control of the Creditor which debtor may seek to use; or

2. Which requires or seeks to require any act, delivery of any property, payment or any other conduct by the Creditor.

                Respectfully submitted,
                SIMEONE & RAYNOR, LLC

Dated: 10-22-2025                */s/ I. Dominic Simeone*
                By: I. Dominic Simeone
                Attorneys for Creditor Victoria Manor
                Homeowners Association