I. Dominic Simeone, Esq. (Atty. ID #006911991)
Lance S. Forbes, Esquire (Atty. ID #021132003)
**SIMEONE & RAYNOR, LLC**
1522 Route 38
Cherry Hill, NJ 08002
mhahn@srnjlawfirm.com - Email
(856) 663-6700
(856) 663-6701 - Facsimile

**ATTORNEYS FOR VICTORIA MANOR HOMEOWNERS ASSOCIATION**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**IN RE:**

| | |
|---|---|
| **WILLIAM S. HILL** | **CASE NO. 25-20636-ABA** |
| **Debtor** | **CHAPTER 13** |

### OBJECTION TO CONFIRMATION OF PLAN

**VICTORIA MANOR HOMEOWNERS ASSOCIATION**, a secured creditor of the debtor, **FELICE REYNOLDS**, hereby objects to the entry of an order of confirmation of the debtor's plan, on the following grounds:

1. The debtor, William S. Hill, is the owner of 57 Villanova Court, Sicklerville, NJ 08081, which is located within the Victoria Manor Homeowners Association.

2. Creditor, Victoria Manor Homeowners Association, holds a secured interest in the debtor's real property by way of a lien imposed by the Master Deed and By-laws which were recorded in the land records of the County of Camden, State of New Jersey.

3. Creditor, Victoria Manor Homeowners Association, holds a secured interest in debtor's real property by way of a notice of lien claim in the amount of $14,628.30 plus additional charges, including, but not limited to additional assessments, interest, attorney fees and costs of collection recorded in the land records of Camden County, New Jersey, on February 28, 2025.

4. The debtor's bankruptcy plan does not provide for payment of the secured amount due to our client. The amount due to Victoria Manor Homeowners Association is $19,630.88. A proof of claim was filed with the Court on October 22, 2025.

Therefore, we object to the confirmation of the plan and ask that the plan be denied and this case dismissed. In the alternative, we ask that the debtor be ordered to modify his plan to provide for payment of the full amount due to creditor Victoria Manor Homeowners Association.

Respectfully submitted,
SIMEONE & RAYNOR, LLC

Dated: October 22, 2025

/s/ I. Dominic Simeone
By: I. Dominic Simeone, Esquire
Attorneys for Creditor Victoria Manor
Homeowners Association