Certificate Number: 15111-NJ-DE-040229901

Bankruptcy Case Number: 25-20636



15111-NJ-DE-040229901

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2025, at 9:14 o'clock AM EDT, William S. Hill completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 23, 2025

By:  /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education