Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−20636−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William S. Hill
aka William Shaun Hill, aka William Hill
57 Villanova Court
Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2533

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 26, 2026.

Dated: February 26, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20636-ABA |
| William S. Hill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 26, 2026 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William S. Hill, 57 Villanova Court, Sicklerville, NJ 08081-1909 |
| 520856404 | + | I. Dominic Simeone, Esq., Victoria Manor Homeowners Association, c/o Simeone & Raynor, LLC, 1522 Rt 38, Cherry Hill, NJ 08002-2216 |
| 520840285 | + | Pepco Holdings, 500 N Wakefield Drive, 92DC42, Newark, DE 19702-5440 |
| 520840292 | + | Victoria Manor Homeowners Assoc., C/O Simone & Raynor, Attn: Lance S. Forbes, Esquire, 1522 Route 38, Cherry Hill, NJ 08002-2216 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520840273 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 26 2026 21:11:31 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520871897 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 21:11:30 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520840274 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 26 2026 21:04:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520840275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 21:00:33 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520840276 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2026 21:00:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520840277 | | Email/Text: mrdiscen@discover.com | Feb 26 2026 21:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520840278 | | Email/Text: bankruptcycourts@equifax.com | Feb 26 2026 21:03:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520840279 | ^ | MEBN | Feb 26 2026 20:57:02 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520840280 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 26 2026 21:11:30 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520840281 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2026 21:04:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520886276 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 21:04:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520872273 | + | Email/Text: RASEBN@raslg.com | Feb 26 2026 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane |

District/off: 0312-1 User: admin Page 2 of 3

Date Rcvd: Feb 26, 2026 Form ID: plncf13 Total Noticed: 33

| | | | |
|---|---|---|---|
| | | | & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520840283 | Email/Text: camanagement@mtb.com | Feb 26 2026 21:04:00 | M & T Bank, Attn: Bakruptcy, P.O.Box 844, Buffalo, NY 14240 |
| 520840282 | Email/Text: camanagement@mtb.com | Feb 26 2026 21:04:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520917166 | Email/Text: camanagement@mtb.com | Feb 26 2026 21:04:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520920852 | + Email/Text: camanagement@mtb.com | Feb 26 2026 21:04:00 | M&T BANK, PO Box 1508, Buffalo, NY 14240-1508 |
| 520920443 | + Email/Text: bankruptcy@marinerfinance.com | Feb 26 2026 21:03:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 520840284 | + Email/Text: bankruptcy@marinerfinance.com | Feb 26 2026 21:03:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520855714 | + Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 21:04:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520905639 | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 21:04:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520840287 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 26 2026 21:03:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520840286 | + Email/Text: bankruptcynotice@sjindustries.com | Feb 26 2026 21:04:00 | South Jersey Gas, Attn: Bankruptcy Dept., 1 S Jersey Plaza, Folsom, NJ 08037-9100 |
| 520840288 | + Email/Text: SShiver@winslowtownship.com | Feb 26 2026 21:04:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 520840289 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 26 2026 21:03:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 520902868 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 26 2026 21:03:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520840290 | ^ MEBN | Feb 26 2026 20:57:16 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520840291 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 26 2026 21:00:46 | US Dept of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1                                 User: admin                                              Page 3 of 3

Date Rcvd: Feb 26, 2026                          Form ID: plncf13                                    Total Noticed: 33

Date: Feb 28, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| I. Dominic Simeone | on behalf of Creditor Victoria Manor Homeowners Association dsimeone@srnjlawfirm.com  nseldomridge@srnjlawfirm.com |
| Thomas G. Egner | on behalf of Debtor William S. Hill tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5